UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>,
    Plaintiff

       v.

Case Number: 09-cr-117-01/09-13/15-18-SM

<u>Trevor Allain, Thomas Donahue,</u>
<u>Jeremie St. Pierre, James W. Molfetta,</u>
<u>Michael Gardner, Derek M. Dutcher,</u>
<u>Mathieu Nantais and Jonathan Sauriol</u>
    Defendants

<u>O R D E R</u>

Defendant Gardner's motion to continue the final pretrial conference and trial is granted (document no. 54). Trial has been rescheduled for the month of November 2009. Defendant Gardner shall file a waiver of speedy trial rights not later than July 20, 2009. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendants the reasonable time necessary for effective

preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for October 19, 2009 at 1:30 p.m. in Room 421.

Jury selection will take place on November 3, 2009 at 9:30 a.m.

SO ORDERED.

/s/ Steven J. McAuliffe
Steven J. McAuliffe
Chief Judge

July 7, 2009

cc:   Jaye Rancourt, Esq.
      David Ruoff, Esq.
      Richard Monteith, Esq.
      Lawrence Vogelman, Esq.
      Paul Garrity, Esq.
      James Dennehy, Esq.
      Richard Hubbard, Esq.
      Donald Kennedy, Esq.
      Debra Walsh, AUSA
      U.S. Marshal
      U.S. Probation